IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2019 AUG 15 P 4: 18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC NO. 1:19-mc-3890-WKW |
| FAMILY DOLLAR DISTRIBUTION CENTER, MARIANNA, FL, | ) |
| Garnishee, | ) |
| RODERICK NEAL, | ) |
| Defendant. | ) |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 1:14CR000333-001 entered against the defendant, Roderick Neal; the last four digits of defendant's Social Security Number are XXX-XX-0127; whose last known address is 504 W. Newton Street, Dothan, Alabama, 36303 in the above cited action in the amount of $109,680.00. There is a balance due of $108,980.00, as of August 13, 2019.

Demand for payment of the above stated debt was made upon the debtor not less than 30 days from August 13, 2019, but defendant has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

FAMILY DOLLAR DISTRIBUTION CENTER
3949 FAMILY DOLLAR PARKWAY
MARIANNA, FL 32448


DATED: August 13, 2019

                                              LOUIS V. FRANKLIN, SR.
                                              UNITED STATES ATTORNEY

BY:                                /s/ James J. DuBois
                                              JAMES J. DUBOIS
                                              Chief, Civil Division
                                              Assistant United States Attorney
                                              GA Ba Number 231445
                                              Post Office Box 197
                                              Montgomery, AL 36101-0197
                                              Telephone: (334) 223-7280
                                              Facsimile: (334) 223-7201
                                              E-Mail: JamesDubois2@usdoj.gov
                                              **Attorney for Plaintiff**